IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PATRICIA I. JAMES                         :

     v.                                    :   CIVIL ACTION NO. MJG-02-4188

OFFICE OF PERSONNEL MANAGEMENT :

..oOo..

**ORDER**

In accordance with the foregoing Memorandum, IT IS this 6th day of January, 2003, by this Court, hereby ORDERED that:

1. Plaintiff IS GRANTED an additional TWENTY (20) DAYS from the date of this Order to by file an AMENDED COMPLAINT as indicated by this Court. Plaintiff is forewarned that her failure to file a timely or response amendment will result in dismissal of her complaint without prejudice;

2. The Clerk of Court shall MAIL a copy of this Order, together with the foregoing Memorandum, to plaintiff.

Marvin J. Garbis
United States District Judge