FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 15 P 1:48

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAN 7 2003

PATRICIA I. JAMES
22 Edgewood Green Court
Annapolis, Maryland  22403-5510

v.                              CIVIL ACTION NO.MJG*02-4188

OFFICE OF PERSONNEL MANAGEMENT
1900 E Street, N.W.
Washington, D.C.  20415-3620

MOTION FOR EXTENSION OF TIME

This Motion is in response to the Honorable Court's Order
of January 6, 2003.  Plaintiff is undergoing life-threatening
spinal cord surgery on her neck on January 23, 2003.  She
herewith requests an extension until March 31, 2003 to comply
with the aforesaid Order.

Patricia I. James
Plaintiff

NOTICE OF SERVICE

I certify that a copy of this Motion was sent postage paid
to the Office of Personnel Management on January 13, 2003.

Patricia I. James
Plaintiff

Motion granted this
14th day of January, 2003

[signature]